UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Criminal No. 25-mj-30525

v.

Hon. Patricia T. Morris
United States Magistrate Judge

Pascal Stitt, et al,

Defendants.

---

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL COMPLAINT AND ARREST WARRANTS**

---

The United States of America hereby moves for an order unsealing the Complaint and Arrest Warrants in this case, and states:

1. The Complaint in this case charges the defendants with one or more federal crimes.
2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal Complaints, implicitly authorizes this Court to unseal Complaints.
3. The government requests that the Complaint and Arrest Warrants be unsealed because several defendants have been arrested and is entitled to receive a copy of the Complaint.

WHEREFORE, the government requests this Court to issue an order unsealing the Complaint and Arrest Warrants.

Respectfully submitted,

JEROME F. GORGON JR.
Acting United States Attorney

*s/William Orr*
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
William.Orr@usdoj.gov
(989) 895-5712
TEXAS #24102308

Dated: August 20, 2025

**IT IS SO ORDERED.**

s/ Patricia T. Morris
Hon. Patricia T. Morris
United States Magistrate Judge

Entered: August 20, 2025